UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RICKIE SUE SKAGGS, | ) | |
| | ) | CAUSE NO. 1:06-CV-1196-SEB-JMS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LINDA S. MCMAHON[1], | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the

Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Social

Security Administration for further proceedings, as authorized by the fourth sentence of 42 U.S.C.

§ 405(g).

02/06/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Thomas E. Kieper
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

G. Gene Arnholt
426 Fifth Street
Columbus, IN 47202

---

[1]On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. Section 405(g).